

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00270-CR

**DAVID KEITH BARRON,**

                                         **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                         **Appellee**

---

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court No. 41187CR**

---

## MEMORANDUM  OPINION

---

Appellant David Keith Barron was convicted of driving while intoxicated, a third or more offense, and sentenced to six years in prison.  *See* TEX. PENAL CODE ANN. §§ 49.04; 49.09.  The trial court's judgment is affirmed.

In two issues, Barron contends that his six-year sentence was grossly disproportionate to the crime and inappropriate to the offender under the Eighth Amendment to the United States Constitution and Article I, Section 13 of the Texas Constitution.  *See* U.S. CONST. amend. VIII; *see also* TEX. CONST. art. I, § 13.

A disproportionate-sentence claim must be preserved for appellate review.  *See* Tex. R. App. P. 33(a)(1); *Rhoades v. State*, 934 S.W.2d 113, 120 (Tex. Crim. App. 1996) (en banc); *Mercado v. State*, 718 S.W.2d 291, 296 (Tex. Crim. App. 1986) (en banc); *see also Noland v. State*, 264 S.W.3d 144, 151 (Tex. App.—Houston [1st Dist.] 2007, pet. ref'd).  At trial, Barron did not object to the imposed sentence.  Further, Barron did not raise a disproportionate-sentence claim in his motion for new trial or otherwise present a post-trial objection to the imposed sentence.  Thus, Barron's complaints in these two issues are not preserved and are overruled.

Having overruled Barron's issues on appeal, we affirm the trial court's judgment.


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Affirmed
Opinion delivered and filed May 22, 2019
Do not publish
[CR25]

